JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 12-10349 BRO (SHx) | Date | March 12, 2014 |
|---|---|---|---|
| Title | Coach Inc et al v. Pursenvy et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**     (IN CHAMBERS)

**ORDER RE DISMISSAL**

A Notice of Settlement was filed on January 28, 2014. (Dkt. No.31)

On January 28, 2014, the Court issued an Order directing the parties to file a Stipulation and Proposed Order Dismissing the action on or before February 28, 2014 or, in the alternative a Joint Status Report.

The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time and no dismissal was filed.

To date, however, no dismissal and/or status report has been filed with this Court. Accordingly, the Court hereby dismisses the action without prejudice for failure to respond to the Court's Order.

IT IS SO ORDERED.

| | Initials of Preparer | rf |
|---|---|---|